IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS MANNING**                                                                                                    **PLAINTIFF**

v.                                              No: 4:19-cv-00854 JM-PSH

**DEXTER PAYNE,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motion for summary judgment (Doc. No. 62) filed by Dexter Payne, Nurzuhal Faust, and Paul Walter is granted, and Manning's claims against these defendants are dismissed without prejudice for failure to exhaust available administrative remedies. Manning's claims against the Doe defendants are also dismissed without prejudice. His motion for appointment of counsel (Doc. No. 89) is denied.

DATED this 17th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE