# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRAVIS MANNING**                                                                  **PLAINTIFF**

**v.**                      **No: 4:19-cv-00854 JM-PSH**

**DEXTER PAYNE,** *et al.*                                              **DEFENDANTS**

## ORDER

On June 11, 2021, the Court granted Plaintiff Travis Manning's motion to reconsider its March 17, 2021 Order granting summary judgment to Defendants Dexter Payne, Nurzuhal Faust, and Paul Walter. (ECF. No. 105.) The Court directed Defendants to respond to Manning's motion to reconsider with complete copies of grievances EAM-17-00159 and MX-17-00206. The Defendants have done so. (Doc. No. 106.) Defendants correctly assert that Manning failed to submit the appropriate forms with his appeal of MX-17-00206, and therefore did not properly complete all steps of the grievance procedure with respect to that grievance. However, Defendants concede that Manning completed all steps of the grievance procedure with respect to EAM-17-00159. Defendants also acknowledge that Manning described his complaint allegation that he had been deprived of his legal documents and that he named Defendants Dexter Payne, Paul Walter, and Warden Hurst, who is presumed to be Warden Nurzuhal Faust, in this grievance. Accordingly, the Court vacates and sets aside that portion of its March 17, 2021 Order granting summary judgment to these defendants (ECF No. 91). Manning's claims against Payne, Walter, and Faust may proceed.

DATED this 29th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE