IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS MANNING**                                                                                                           **PLAINTIFF**

v.                           No: 4:19-cv-00854 JM

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. No. 115) is granted. Judgment is awarded in favor of Defendants.

DATED this 28th day of June, 2022.

                                                                              _____
                                                                        UNITED STATES DISTRICT JUDGE