# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TRAVIS MANNING**                                                    **PLAINTIFF**

**v.**                                    **No: 4:19-cv-00854 JM**

**DEXTER PAYNE,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 28th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE